CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 7 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ROY STEVE DAVIS, | ) | |
| Petitioner, | ) | Civil Action No. 7:08cv00200 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TERRY O'BRIEN, | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that, pursuant to 28 U.S.C. § 2241, the petition for habeas corpus shall be and hereby is

**DISMISSED** and this action is hereby stricken from the active docket of the court. Any pending

motions are hereby **DENIED as MOOT**.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to petitioner.

**ENTER**: This ___7___ day of March, 2008.

_____
United States District Judge

Dockets.Justia.com